B3B (Official Form 3B) (12/07) -- Cont.

# United States Bankruptcy Court
## __Northern__ District of ____Illinois____

In re: __Heather Thompson__  
      Debtor(s)

Case No. __11 B 26658__

### ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee," the court orders that the application be:

[ ] GRANTED.

    This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

[X] DENIED. _Debtor's income renders her ineligible for a waiver_

    The debtor shall pay the chapter 7 filing fee according to the following terms:

    $ __74.75__ on or before __7/18/11__  
    $ __74.75__ on or before __8/18/11__  
    $ __74.75__ on or before __9/19/11__  
    $ __74.75__ on or before __10/18/11__

    Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

    IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CASE.

[ ] SCHEDULED FOR HEARING.

    A hearing to consider the debtor's "Application for Waiver of the Chapter 7 Filing Fee" shall be held on _____ at _____ :AM/PM at _____.  
                                                    (address of courthouse)

    IF THE DEBTOR FAILS TO APPEAR AT THE SCHEDULED HEARING, THE COURT MAY DEEM SUCH FAILURE TO BE THE DEBTOR'S CONSENT TO THE ENTRY OF AN ORDER DENYING THE FEE WAIVER APPLICATION BY DEFAULT.

DATE: __6/28/11__

BY THE COURT  
_[signature]_  
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
JUN 28 2011
Judge A. Benjamin Goldgar
United States Bankruptcy Court

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| HEATHER M. THOMPSON, | ) | 11 B 26658 |
| | ) | |
| | ) | |
| | ) | |
| Debtor. | ) | Judge A. Benjamin Goldgar |

### CERTIFICATE OF SERVICE

I, Nancy Castellano, Courtroom Deputy to the Honorable A. Benjamin Goldgar, hereby certify that on June 28, 2011, I caused to be sent by regular mail a copy of the attached **Order on Debtor's Application for Waiver of the Chapter 7 Filing Fee**, dated June 28, 2011, to the parties listed below.

**(Pro Se Debtor)**
Heather M. Thompson
210 Chandler Drive
Mundelein, Illinois 60060

**(Chapter 7 Trustee)**
John E. Gierum
Gierum & Mantas
9700 Higgins Road
Suite 1015
Rosemont, Illinois 60018

**(US Trustee)**
Patrick S. Layng
Office of the US Trustee, Region 11
219 S. Dearborn Street
Room 873
Chicago, Illinois 60604

Dated: June 28, 2011

_____
Nancy Castellano
Courtroom Deputy